In the matter of the estate of JOHN W. BURNETT, deceased (ALEXANDER D. FRASER, administrator, appellant). . . . .

Journal Entries (1829–30): *Journal 4:* (1) Motion for leave to amend transcript *p. 302; (2) rule to amend transcript *p. 305; (3) case sent to circuit court for hearing *p. 425.
Papers in File: [None]
*1824–36 Calendar,* MS p. 192.

HENRY STANTON *versus* MELVIN DORR and DeGARMO JONES.

Journal Entries (1829): *Journal 4:* (1) Motion to quash subpoena *p. 288; (2) leave given to amend subpoena; time given to plead, answer, or demur *p. 303; (3) settled, leave given to withdraw bill *p. 324.
Papers in File: (1) Bill of complaint; (2) security for costs; (3) writ of subpoena and return; (4) demurrer; (5) motion for leave to dismiss bill; (6) receipt for fees.
*Chancery Case* 113 of 1828.

JOHN HENDREE *versus* LEVI COOK, DARIUS LAMSON, and HENRY M. CAMPBELL.

Journal Entries (1829–30): *Journal 4:* (1) Plea argued *p. 300; (2) case argued, submitted *p. 302; (3) bill dismissed *p. 403.
Papers in File: [None]
*Chancery Case* . . . . of . . . .